**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | CASE NO. **SACV11-01941 MLG** |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | |
| SKINNER & SKINNER; DAVID V. SKINNER; DANIEL E. SKINNER, | |
| Defendants. | |

Judgment is hereby entered against Defendant David V. Skinner and in favor of Plaintiff Federal Insurance Company for the sum of $38,756.02.

Dated: April 30, 2012

MARC L. GOLDMAN
Judge of the United States District Court

///
///
///
///
///

-1-

1 | Respectfully submitted by:
2 |
3 | THE GUERRINI LAW FIRM
4 |
5 | _____
6 | John D. Guerrini
  | Attorneys for Plaintiff
  | guerrini@guerrinilaw.com
7 |
8 |
...
28 |